| | |
|---|---|
| Appellate Docket Number: | 04-17-00544-CR |
| Appellate Case Style: Style: | Ex Parte RODERICK DWAYNE WILLIAMS |
| Vs. | State of Texas |

FILED
IN THE COURT OF APPEALS

2017 SEP 25 AM 11:59

Keith E. Hottle

KEITH E. HOTTLE, CLERK

| | |
|---|---|
| Companion Case: | |

Amended/corrected statement: ☐

## DOCKETING STATEMENT (Criminal)

Appellate Court:

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| First Name: RODERICK | ☐ Lead Attorney |
| Middle Name: DWAYNE | First Name: |
| Last Name: WILLIAMS | Middle Name: |
| Suffix: | Last Name: |
| Appellant Incarcerated? ☒ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☐ District/County Attorney |
| Pro Se: ☑ | ☐ Retained ☐ Public Defender |
| | Firm Name: |
| | Address 1: |
| | Address 2: |
| | City: |
| | State: Texas Zip+4: |
| | Telephone: ext. |
| | Fax: |
| | Email: |
| | SBN: |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|

**III. Appellee**

First Name: RODERICK

Middle Name: DWAYNE

Last Name: WILLIAMS

Suffix:

Appellee Incarcerated? ☒ Yes ☐ No

Amount of Bond:

Pro Se: ☒

**IV. Appellee Attorney(s)**

☐ Lead Attorney

First Name:

Middle Name:

Last Name:

Suffix:

☐ Appointed    ☐ District/County Attorney

☐ Retained    ☐ Public Defender

Firm Name:

Address 1:

Address 2:

City:

State: Texas    Zip+4:

Telephone:    ext.

Fax:

Email:

SBN:    Add Another Appellee/ Attorney

---

**V. Perfection Of Appeal, Judgment And Sentencing**

Nature of Case (Subject matter or type of case): APPEAL OF WRIT HABERS COENS

Type of Judgment: DENIED

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: JULY 31, 2017

Offense charged: THEFT - $750 - 20,000

Date of offense: 11-13-1991

Defendant's plea: GUILTY - 01-19-1993

If guilty, does defendant have the trial court's certificate to appeal?

☐ Yes ☒ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: AUGUST 09, 2017

If mailed to the trial court clerk, also give the date mailed : AUGUST 11, 2017

Punishment assessed: (20) TWENTY YEARS CONFINEMENT

Is the appeal from a pre-trial order? ☒ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☒ Yes ☐ No

---

**VI. Actions Extending Time To Perfect Appeal**

Motion for New Trial: ☐ Yes ☒ No   If yes, date filed:

Motion in Arrest of Judgment: ☐ Yes ☒ No   If yes, date filed:

Other: ☐ Yes ☒ No   If yes, date filed:

If other, please specify:

---

**VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)**

Motion and affidavit filed: ☐ Yes ☐ No ☒ NA   If yes, date filed:

Date of hearing: ☒ NA

Date of order: ☒ NA

Ruling on motion: ☐ Granted ☐ Denied ☒ NA   If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: _226th JUDICIAL DISTRICT COURT_

County: _BEXAR_

Trial Court Docket Number (Cause no): _1992CR3730 B-W3_

Trial Court Judge (who tried or disposed of the case):

First Name: _SID_

Middle Name: _L._

Last Name: _HARLE_

Suffix:

Address 1: _300 DOLOROSA_

Address 2: _226th JUDICIAL DISTRICT COURT_

City: _SAN ANTONIO_

State: Texas     Zip + 4: _78205 - 3034_

Telephone:     ext.

Fax:

Email:

---

Clerk's Record:

Trial Court Clerk: [X] District    [ ] County

Was clerk's record requested?    [ ] Yes [X] No

If yes, date requested:

If no, date it will be requested:

Were payment arrangements made with clerk?

[ ] Yes [X] No [ ] Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record? [X] Yes [ ] No

Was reporter's record requested?    [ ] Yes [X] No

Was the reporter's record electronically recorded? [ ] Yes [ ] No

If yes, date requested:

Were payment arrangements made with the court reporter/court recorder?    [ ] Yes [X] No [ ] Indigent

---

[ ] Court Reporter      [ ] Court Recorder

[ ] Official      [ ] Substitute

First Name:

Middle Name:

Last Name:

Suffix:

Address 1:

Address 2:

City:

State: Texas     Zip + 4:

Telephone:     ext.

Fax:

Email:

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number: ▮▮▮▮▮▮▮▮  Court: ▮▮▮▮▮▮▮▮

Style: ▮▮▮▮▮▮▮▮

Vs.  State of Texas

## X. Signature

*Roderick D. Williams pro. se*

Signature of counsel (or Pro Se Party)  Date: SEPTEMBER 18, 2017
▮▮▮ 18, 2017
(RW)

*RODERICK D. WILLIAMS pro se*

Printed Name:  State Bar No: ▮▮▮▮

Electronic Signature: ▮▮▮▮▮▮  Name: ▮▮▮▮▮▮
(Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on ▮▮▮▮▮▮ .

Signature of counsel (or pro se party)  Electronic Signature: ▮▮▮▮▮▮
(Optional)

State Bar No.: ▮▮▮▮▮▮

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

      (1) the date and manner of service;
      (2) the name and address of each person served, and
      (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: ▓▓▓▓▓▓▓▓

Manner Served: ▓▓▓▓▓▓▓▓

First Name: ▓▓▓▓▓▓▓▓▓▓▓

Middle Name: ▓▓▓▓▓▓▓▓▓▓▓

Last Name: ▓▓▓▓▓▓▓▓▓▓▓

Suffix: ▓▓▓▓

Law Firm Name: ▓▓▓▓▓▓▓▓▓▓

Address 1: ▓▓▓▓▓▓▓▓▓▓

Address 2: ▓▓▓▓▓▓▓▓▓▓

City: ▓▓▓▓▓▓▓▓▓▓

State   Texas         Zip+4: ▓▓▓▓▓▓

Telephone: ▓▓▓▓▓▓   ext. ▓▓▓▓

Fax: ▓▓▓▓▓▓

Email: ▓▓▓▓▓▓▓▓▓▓

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2017 SEP 25 AM 11:59

Keith E. Hottle

KEITH E. HOTTLE, CLERK

COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

September 18, 2017

DEPUTY CHIEF DEPUTY CLERK,

PLEASE FIND ENCLOSED APPELLANT'S Pro Se. Docketing statement received on September 15 2017 in refence to Court of Appeals Number(s) D4-17-00544-CR : D4-17-00545-CR : D4-17-00546-CR. Also PLEASE note that the date on the letter enclosed within the envelope with the docketing statements to be returned to this clerks office were dated August 28th and 29th. Yet the postmark on the envelope was September 11, 2017 some 14 days later, in which the APPELLANT RECEIVED it on September 15, 2017. Please file APPELLANT'S Docketing statements at your earliest convenience.

Sincerely,

Roderick D. Williams pro se

RODERICK D. WILLIAMS pro se
(#638349)
JESTER III UNIT
3 JESTER ROAD
RICHMOND, TEXAS 77406

CC: FILE
ENCLOSURE:
DOCKETING STATEMENT

RODERICK D. WILLIAMS
#638349
JESTER III UNIT
3 JESTER ROAD
RICHMOND, TEXAS 77406

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2017 SEP 25 AM 11:58

Keith E. Hottle

KEITH E. HOTTLE, CLERK

NORTH HOUSTON TX 773
21 SEP 2017 PM 3 L

7820830037 0011

COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA SUITE 3200
SAN ANTONIO TEXAS 78205-3037